UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAUL LANUZA VELAZQUEZ, | ) |
| Petitioner, | ) CASE NO. CV 11-4797-GHK (AJW) |
| v. | ) |
| | ) JUDGMENT |
| ERIC HOLDER ATTORNEY GENERAL, et al., | ) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

We

Dated:   8/9/11

_____
George H. King
United States District Judge