UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 11-4797-GHK(AJW)                Date:  November 14, 2012

Title:    RAUL LANUZA VELAZQUEZ VS. ERIC HOLDER, ET AL.
================================================================
PRESENT: HON.  ANDREW J. WISTRICH,  U.S. MAGISTRATE JUDGE

   Ysela Benavides                          None
   Deputy Clerk                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
None present                              None present

**PROCEEDINGS:** (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW CAUSE HEARING BEFORE THE MAGISTRATE JUDGE

   On November 6, 2012, an Order to Comply With Local Rule 3-2 was issued which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed. Plaintiff's counsel has failed to comply with that Order of Court.

   IT IS HEREBY ORDERED that counsel appear in person before Magistrate Judge Andrew J. Wistrich on November 26, 2012, at 10:00 a.m., Courtroom 690, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

   A written response to this Order to Show Cause shall be filed no later than November 21, 2012. **Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.** To contact the Deputy Clerk to Magistrate Judge Wistrich, call Ysela Benavides, at (213) 894-6509.

   The Clerk shall serve this minute order on all parties/counsel in this action.

                                                              :
                                    Initials of Deputy Clerk:   YB