# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4797-GHK(AJW) | Date | April 15, 2013 |
|---|---|---|---|
| Title | RAUL LANZA VELAZQUEZ VS. ERIC HOLDER, ET AL. | | |

| Present: The Honorable | **ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE** | |
|---|---|---|
| Ysela Benavides | N/A | None |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** FURTHER ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH LOCAL RULE 3-2

     On February 5, 2013, the Court imposed personal sanctions against plaintiffs' counsel, Patrick F. Valdez, in the amount of $500.00, for failure to comply with the requirements of Local Rule 3-2, regarding initiating documents, and ordered plaintiffs' counsel to pay that sum to the Clerk's Office by February 28, 2013. Counsel Patrick F. Valdez has not complied with the requirements of Local Rule 3-2 and has not paid the $500.00 sanction as ordered.

     **The Court ORDERS Patrick F. Valdez to pay an additional personal sanction of $1,000 for not complying with Local Rule 3-2 requirements and not paying the $500.00 personal sanction previously ordered. A total of $1,500.00 is due by Tuesday, May 1, 2013 at the Clerk's Office. If Patrick F. Valdez fails to comply with this order, the Court may notify the State Bar regarding this matter.**

**cc:** Fiscal Section
    Legal Services Department

                                                                                         :

Initials of Preparer    YB